UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22378-CIV-SEITZ/O'SULLIVAN

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS, LLC,

        Plaintiff,

v.

AMERIMORTGAGE BANKERS, LLC,

        Defendant.
_____/

## FINAL JUDGMENT AS TO DEFENDANT'S COUNTERCLAIM

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaim, issued on June 3, 2008, it is hereby

ORDERED that Judgment is entered in favor of Plaintiff Morgan Stanley Mortgage Capital Holdings, LLC and against Defendant Amerimortgage Bankers LLC on its counterclaim of breach of contract and Defendant shall take nothing from its counterclaim.

DONE and ORDERED in Miami, Florida, this 4th day of June, 2008.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record