UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22378-CIV-SEITZ/O'SULLIVAN

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, et al.,

    Plaintiff,

v.

AMERIMORTGAGE BANKERS LLC,

    Defendant.
_____/

## ORDER DENYING DEFENDANT AMERIMORTGAGE BANKERS, LLC COUNSEL'S MOTION TO WITHDRAW WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Defendant Amerimortgage Bankers, LLC ("Defendant") Counsel's Notice of Non-Representation of Defendant [DE-40], construed as a Motion to Withdraw, filed on June 4, 2008. Defendant's counsel states that he was "discharged" as of April 16, 2008, and seeks to withdraw from the case. This is the first notice to the Court of any attempt by Defendant to remove or change counsel.

In the Eleventh Circuit, "[t]he rule is well-established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *See Palazzo v. Gulf Oil Corp.*, 764 F. 2d 1381, 1385 (11th Cir. 1985). This general rule applies even where a high-ranking officer, such as a president or a majority stockholder, is available to represent the corporation. *Id.* Therefore, until Defendant voluntarily retains substitute counsel, Carlos Cruanes of Carlos Cruanes, P.A. will continue to appear on the docket as counsel of record and must continue to represent the interests of the corporation in this litigation, consistent with his obligations under the Florida Bar's rules regulating the legal profession. Accordingly, upon due consideration, it is hereby

-1-

-2-

ORDERED that Defendant's Counsel's Motion to Withdraw [DE-40] is DENIED WITHOUT PREJUDICE. Until Defendant retains substitute counsel, Mr. Cruanes will continue to act as its counsel of record in this matter. If Defendant retains substitute counsel and such counsel files a Notice of Appearance, Mr. Cruanes may re-file his Motion to Withdraw seeking to be relieved of all further responsibilities in this case.

DONE and ORDERED in Miami, Florida, this 5th day of June, 2008.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:   All Counsel of Record