UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22378-CIV-SEITZ/O'SULLIVAN

MORGAN STANLEY MORTGAGE
CAPITAL HOLDINGS LLC, et al.,

        Plaintiff,

v.

AMERIMORTGAGE BANKERS LLC,

        Defendant.
_____/

### ORDER (1) DENYING MOTION TO CONTINUE TRIAL; (2) RE-SETTING DISCOVERY DEADLINE; AND (3) REQUIRING FILING ON NOVEMBER 14, 2008

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Continue Trial and Extend Pretrial Deadlines [DE-46]. Plaintiff seeks a continuance of trial and pretrial deadlines in this case while the Court of Appeals resolves Defendant's appeal of this Court's June 4, 2008 Order Granting Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaim [DE-39]. Plaintiff reports that briefing on appeal will not be complete before mid-October 2008. The discovery deadline in this case is currently set at August 18, 2008, and trial is set for the two-week period to begin February 17, 2009. [DE-22.] By separate Order, the parties mediation conference has been re-scheduled for November 7, 2008. If the parties are unable to settle this matter at mediation and if Court of Appeals reverses this Court's decision as to Defendant's Counterclaim, this Court will hold one trial on the issues in both the Complaint and the Counterclaim. Rather than reset deadlines when the outcomes of these two variables are unknown, the Court will reset the discovery deadline and deny the instant motion with leave to refile once the variables are better known. Accordingly, it is hereby

        ORDERED that:

        (1) Plaintiff's Unopposed Motion to Continue Trial and Extend Pretrial Deadlines [DE-46] is DENIED;

(2) The discovery deadline in this case is RE-SET to **November 14, 2008**;

(3) **By November 14, 2008,** the parties shall file a Notice advising the Court of the status of (a) their November 7, 2008 Mediation; and (b) the appeal of the June 4, 2008 Order.

DONE and ORDERED in Miami, Florida, this 5th day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record